■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH LAMAR LINDSEY, Appellant. [33 NYS3d 737]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed March 5, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Dickerson, Hinds-Radix and Maltese, JJ., concur.